UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| **SHEREKA DEVALL** | : | **CASE NO.  3:22-cv-04694** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **UNITED SERVICES AUTOMOBILE ASSOCIATION** | : | **MAGISTRATE JUDGE  LEBLANC** |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [doc. #29], after an independent review of the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law; it is

**ORDERED, ADJUDGED, AND DECREED** that the Report and Recommendation [doc. #29] be **ADOPTED**.  Accordingly, the Motion to Dismiss [doc. 18] is **GRANTED**, and all claims in this matter are **DISMISSED WITHOUT PREJUDICE**.

THUS DONE AND SIGNED in Chambers this 26th day of January, 2024.

JAMES D. CAIN, JR., JUDGE
UNITED STATES DISTRICT COURT